IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INGRAM BARGE CO., LLC, | ) |
| Plaintiff, | ) |
| | ) NO. 3:17-cv-01526 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| STEVE R. MUSGROVE, JR., | ) |
| Defendant. | ) |

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 22). Plaintiff, the only party properly before the Court at this time, has filed a Notice of Waiver of Objections to the Report and Recommendation and Request for Entry of Order (Doc. No. 23).

The Court has reviewed the Report and Recommendation, Plaintiff's Notice, and the file. The Report and Recommendation (Doc. No. 22) is **ADOPTED and APPROVED**. Accordingly, Plaintiff's[1] Motion for Default Judgment (Doc. No. 14) and the supplement to that Motion (Doc. No. 18) are **DENIED**. The Court's prior entry of default (Doc. No. 13) is **SET ASIDE**, and Plaintiff is provided fourteen additional days from entry of this Order to serve the Complaint on Defendant Musgrove.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation mistakenly identifies the Motion for Default Judgment as "Musgrove's," which is simply a clerical error.